UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE MAISANO,

 Plaintiff,           Case No. 1:09-cv-99

v                 HON. JANET T. NEFF

RAYMOND GELABERT, et al.,

 Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 75) are DENIED, and the Report and Recommendation (Dkt 71) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Marlau's Motion for Summary Judgment (Dkt 63) is GRANTED.


Date: June 3, 2010          /s/ Janet T. Neff
                  JANET T. NEFF
                  United States District Judge